UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/21
```

    -against-

    **ORDER**
    21 CR 16 (KMW)

JOSEPH BELMAR,

               Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Monday, June 21, 2021, at 11:00 a.m. To join the conference, counsel should dial 1-888-363-4749 and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
          June 16, 2021

                                                    */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE