USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

JOSEPH BELMAR,

                      Defendant.
------------------------------------------------------------------x

**ORDER**
21 CR 16 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Tuesday, July 20, 2021, at 1:30 p.m. To join the conference, the parties should call 1-888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
       July 14, 2021

                                                   /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE