UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

JOSEPH BELMAR,

                            Defendant.
-----------------------------------------------------------------x

**ORDER**
21 CR 16 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/21

KIMBA M. WOOD, District Judge:

The conference in the above-captioned case, currently scheduled for July 20, 2021, is adjourned to July 22, 2021, at 1:30 p.m. The dial-in information posted in the Court's Order of July 14, 2021 remains the same.

SO ORDERED.

Dated: New York, New York
       July 19, 2021

                                                KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE