# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21

**MEMO ENDORSED**

September 1, 2021

By ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Joseph Belmar, 21 Cr. 16 (KMW)

Dear Judge Wood:

I write on consent (Assistant U.S. Attorney James Ligtenberg) to respectfully request that the Court adjourn the trial currently scheduled for October 19, 2021, to a date convenient for the Court in the first quarter of 2022. I have a trial currently scheduled for January 24, 2022, so if possible would request a date after February 14, 2022.

If the Court grants the adjournment, I further request that the Court exclude time under the Speedy Trial Act until the re-scheduled trial date.

Thank you for your consideration of this request.

*Trial is adjourned to February 15, 2022. Time is excluded, pursuant to 18 USC 3161(h)(7)(A), through February 15, 2022.*

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

cc:  James Ligtenberg, Esq., by ECF

SO ORDERED: N.Y., N.Y. 9/2/21

_____
KIMBA M. WOOD
U.S.D.J.