```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------  X
UNITED STATES OF AMERICA           :
                                   :    [PROPOSED] UNSEALING ORDER
           - v -                   :
                                   :    21 Cr. 16 (KMW)
Joseph Belmar,                     :
                                   :
           Defendant.              :
                                   :
---------------------------------  X
```

KIMBA M. WOOD, United States District Judge:

WHEREAS, defendant was presented on December 14, 2020 before Magistrate Judge Lehrburger and that proceeding was recorded;

WHEREAS, the Records Management department has indicated that the recording is sealed;

WHEREAS, in a letter dated December 8, 2021 defendant seeks unsealing of that recording; and

WHEREAS, the Government consents to the request;

IT IS HEREBY ORDERED that the recording of the December 14, 2020 presentment before Magistrate Judge Lehrburger be unsealed.

Dated:    December 9, 2021
          New York, New York

_____
Kimba M. Wood
United States District Judge