UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

           -against-

JOSEPH BELMAR

                                     Defendant.
-------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/22

21 CR 16 (KMW)

SENTENCING
SCHEDULING ORDER

KIMBA M. WOOD, District Judge

        The Defendant is scheduled to be sentenced on June 23, 2022 at 10:30 a.m.

        The Presentence Investigation Report is due to the Court on June 16, 2022.

        Any sentencing submissions by Defendant must be made by June 17, 2022, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

        Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's guilty plea. The Government must submit a statement of facts to Probation within 14 days of the defendant's guilty plea. The Government must submit its 5K1.1 letter, if applicable, 14 days before sentencing. All counsel must review the Court's Individual Rules before submitting sentencing memoranda.

        Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

        Any response or other submission from the Government is due June 20, 2022.

SO ORDERED

Dated: New York, New York
       March 21, 2022

                                                                KIMBA M. WOOD
                                                       UNITED STATES DISTRICT JUDGE