```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

            -against-

JOSEPH BELMAR,

                           Defendant.
-----------------------------------------------------------x

21 CR 16 (KMW)

ORDER

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on March 18, 2022;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
         March 24, 2022

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE