```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/22
```

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

Long Island Office
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

May 9, 2022

Hon. Kimba M. Wood
U.S. District Court
500 Pearl St.
New York, NY 10017

**MEMO ENDORSED**

Re:   *US v. Belmar* 21 Cr 16 (KMW)

Dear Judge Wood:

On March 24, 2022, I was appointed, by Your Honor, to appear as counsel, pursuant to the CJA Act, for Mr. Belmar in the above referenced matter.

My appointment was made pursuant to a request by Mr. Belmar's predecessor counsel for a change of counsel proceeding. At the time of my appointment, Mr. Belmar had already pled guilty and sentencing was scheduled for June 29, 2022. However, as of that date, Mr. Belmar had not yet been interviewed by the Probation Department for purposes of preparing the Presentence Investigation Report (the "PSR"). Shortly, after my appointment, I was informed by the Probation Officer, assigned to prepare a PSR, that a date for a presentence interview had already been scheduled. However, due to my not having had an opportunity to review the discovery, or confer with Mr. Belmar, I requested that the presentence interview be held in abeyance.

I have now had time to review the discovery and confer with Mr. Belmar. Accordingly, I plan to proceed with the presentence interview in the near future. However, at this point, prior to June 29th, I do not foresee there being sufficient time to conduct the presentence interview, prepare the PSR, review the PSR, prepare any response to the PSR and prepare a sentencing submission. Due to this circumstance, I respectfully request the sentencing date be adjourned, for approximately ninety days, to September 29th or 30th, or thereafter, subject to the Court's availability.

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   AUSA James Ligtenberg

*Handwritten endorsement:* Sentencing is adjourned to September 29, 2022, at 10:30 a.m. Defendant's submission is due by September 15. Government submission is due by September 22.

SO ORDERED: N.Y., N.Y. 5/10/22

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.