UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

            -against-

JOSEPH BELMAR,

                              Defendant.
------------------------------------------------------------------x

**ORDER**
21 CR 16 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/22

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for December 14, 2022, is adjourned to January 11, 2023, at 2:30 p.m. Defendant's submission is due by December 28, 2022. Government submission is due by January 4, 2023.

    SO ORDERED.

Dated: New York, New York
        November 30, 2022

                                                  KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE