USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/23

# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

Long Island Office
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

December 29, 2022

Hon. Kimba M. Wood
U.S. District Court
500 Pearl St.
New York, NY 10017

Re:   US v. Belmar 21 Cr 16 (KMW)

**MEMO ENDORSED**

Dear Judge Wood:

I am counsel Mr. Belmar in the above referenced matter.

Currently the matter is scheduled for sentencing on January 11, 2023. Please accept this letter in lieu of a formal motion to adjourn the sentencing. I make this request as I seek additional time to meet and confer with Mr. Belmar in anticipation of sentencing. Previously, I have provided the PSR to Mr. Belmar and discussed it with him. In addition, in response to the PSR, I have raised an objection to the calculation of the advisory Sentencing Guidelines. At this point, a judicial determination will be needed to resolve this objection. Due to this circumstance, as well as the need to obtain sentencing documents from Mr. Belmar and his family (which I am still awaiting receipt), I respectfully request the sentencing date be adjourned, for approximately ninety days, subject to the Court and Government's availability, to a date during the week of April 17, 2023 or thereafter.

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   AUSA James Ligtenberg

*Handwritten endorsement:* Sentencing is adjourned to April 19, 2023, at 10:30 a.m. Defendant's submission is due by April 5. Government submission is due by April 12.

SO ORDERED:   N.Y., N.Y.   1/3/23

_____
KIMBA M. WOOD
U.S.D.J.