```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

JOSEPH BELMAR,

                    Defendant.
------------------------------------------------------------------x

**ORDER**
21 CR 16 (KMW)

KIMBA M. WOOD, District Judge:

At the request of the parties, sentencing is adjourned to Wednesday, May 17, 2023, at 2:30 p.m. The Government's submission is due by May 8, 2023.

SO ORDERED.

Dated: New York, New York
       April 11, 2023

                                                  */s/ Kimba M. Wood*
                                          KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE