UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/23

-against-

**ORDER**
21 CR 16 (KMW)

JOSEPH BELMAR,

                            Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

At the request of the parties, sentencing scheduled for May 17, 2023, is adjourned to Wednesday, July 19, 2023, at 11:30 a.m.

SO ORDERED.

Dated: New York, New York
         May 4, 2023

                                                          _____
                                                          KIMBA M. WOOD
                                                     UNITED STATES DISTRICT JUDGE