UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

JOSEPH BELMAR,

                        Defendant.
------------------------------------------------------------x

**ORDER**
21 CR 16 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/23

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for July 19, 2023, is adjourned to October 25, 2023, at 12:00 p.m., as a Fatico hearing.

    SO ORDERED.

Dated: New York, New York
         July 11, 2023

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE