U.S. Department of Justice

United States Attorney
Southern District of New York

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/24

February 14, 2024

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Joseph Belmar*, 21 Cr. 16 (KMW)

Dear Judge Wood:

I am leaving the United States Attorney's Office for other employment. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in this case. ] Granted

Thank you very much for the Court's consideration.

*The Clerk of the Court shall terminate Mr. Abramowicz's appearance in this case.*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
David Abramowicz
Assistant United States Attorney
(212) 637-6525

cc: Counsel of record (by ECF)

SO ORDERED: N.Y., N.Y. 2/15/24

KIMBA M. WOOD
U.S.D.J.