UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

JOSEPH BELMAR,

                            Defendant.
-----------------------------------------------------------------x

**ORDER**
21 CR 16 (KMW)

KIMBA M. WOOD, District Judge:

    A conference will be held, to discuss defendant's February 5, 2024 letter to the Court, on Wednesday, April 3, 2024, at 10:00 a.m.

    SO ORDERED.

Dated: New York, New York
         March 5, 2024

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                            UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/24