UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

JOSEPH BELMAR,

                            Defendant.
-------------------------------------------------------------------x

**ORDER**

21 CR 16 (KMW)

KIMBA M. WOOD, District Judge:

      Sentencing will be held on Tuesday, July 9, 2024, at 4:00 p.m.

      The Government's submission on the obstruction of justice enhancement is due by June 21, 2024. Defendant's response is due by June 28, 2024.

      SO ORDERED.

Dated: New York, New York
          June 18, 2024

                                       /s/ Kimba M. Wood
                                      KIMBA M. WOOD
                                 UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/24