UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

JOSEPH BELMAR,

                                     Defendant.
-----------------------------------------------------------------x

**ORDER**
21 CR 16 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/24

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for July 9, 2024, is adjourned to July 17, 2024, at 3:00 p.m.

    SO ORDERED.

Dated: New York, New York
         July 9, 2024

                                                            /s/ Kimba M. Wood
                                                            KIMBA M. WOOD
                                             UNITED STATES DISTRICT JUDGE