UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against

JOSEPH BELMAR,

                     Defendant.
-----------------------------------------------------------------------x

**ORDER**
21 CR 16 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/26

KIMBA M. WOOD, District Judge:

In accordance with the January 8, 2026, ex parte letter request from Sarah Kunstler to be appointed as counsel to represent Mr. Belmar in his resentencing, the Court hereby appoints Ms. Kunstler counsel for Mr. Belmar for that purpose.

SO ORDERED.

Dated: New York, New York
       January 12, 2026

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE