UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against

**ORDER**
21 CR 16 (KMW)

JOSEPH BELMAR,

                       Defendant.
--------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    In accordance with the January 8, 2026, ex parte letter request from Sarah Kunstler to be

appointed as counsel to represent Mr. Belmar in his resentencing, the Court hereby appoints Ms.

Kunstler, pursuant to the Criminal Justice Act, for Mr. Belmar for that purpose.

    SO ORDERED.

Dated: New York, New York
       January 13, 2026

                                    KIMBA M. WOOD
                            UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/26