# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

January 28, 2026

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/28/26_

**MEMO ENDORSED**

**BY ECF**
Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Joseph Belmar, 21-cr-00016-KMW-1

Dear Judge Wood:

Please accept this letter as the parties' joint proposal for a schedule for Mr. Belmar's resentencing.

The parties propose a resentencing date of April 15, at a time convenient to the Court. In keeping with the Court's individual rules, the defendant's sentencing submission would be submitted on April 1, and the government's submission would be submitted on April 8. *Granted*

Thank you for your consideration of this request.

Respectfully,

*Sarah Kunstler*

Sarah Kunstler
Counsel for Joseph Belmar

*Resentencing will be held on April 15, 2026, at 10:30 a.m.*

SO ORDERED:  N.Y., N.Y.  1/28/26

_____
KIMBA M. WOOD
U.S.D.J.